Form 210A (10/06)

# United States Bankruptcy Court
# District of Delaware

In re:     **Potrero Medical Inc,**
Case No.   **23-11900**

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(1),** Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee:<br>**Fair Harbor Capital, LLC**<br>As assignee of Safety Engineering Laborator | Name of Transferor:<br>**Safety Engineering Laborator** |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known):  none<br>Amount of Claim:  $9,500.00<br>Date Claim Filed: |
| Phone:  212 967 4035<br>Last Four Digits of Acct #:  n/a | Phone:<br>Last Four Digits of Acct. #:  n/a |
| Fair harbor Capital LLC<br>PO Box 237037<br>New York, NY 10023 | **Safety Engineering Laborator**<br>2370-D Qume Drive<br><br>San Jose, CA  95131 |

Name and Address where transferee payments should be sent (if different from above):

Phone:  n/a
Last Four Digits of Acct #:  n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/*Fredric Glass*_____     Date:_____January 23, 2024_____
        Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District of Delaware

In re:     **Potrero Medical Inc,**
Case No.   **23-11900**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No.  none (if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on January 23, 2024.

Name of Transferee:                                       Name of  Alleged Transferor:
  **Fair Harbor Capital, LLC**                    **Safety Engineering Laborator**
**as** assignee of Safety Engineering Laborator

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer.  Objection must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                          _____
                                                                 Clerk of the Court

**Notice of Transfer and Waiver of Notice**

**Safety Engineering Laborator** ("Seller") sells, transfers and assigns unto Fair Harbor Capital, LLC, with an address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Claim including cure rights (as defined in the Agreement) against **Potrero Medical, Inc.** or any of its co-debtor affiliates (the "Debtor") in the aggregate amount of not less than **$9,500.00**, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, District of Delaware, Case No 23-11900-LSS. Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

**In Witness Whereof,** Safety Engineering Laborator (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

**Safety Engineering Laborator ("Seller")**
2370-D Qume Drive
San Jose, CA 95131

Signature: _____  Date: 1/18/24
Print Name: Lee Ould
Phone: _____ Fax: _____
Email: _____ (print clearly)
Updated Address (If Changed): _____

**Fair Harbor Capital, LLC ("Purchaser")**
PO Box 237037
New York, NY 10023

Signature: _____
Fred Glass, Member Fair Harbor Capital, LLC

Victor Knox